# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN J. CARSTEN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-cv-00733 |
| CINDY A. BOYLAN and ANDREW F. BOYLAN, her husband, | (SAPORITO, M.J.) |
| Defendants. | |

## ORDER

AND NOW, this 2nd day of October, 2017, upon consideration of the defendants' partial motion to dismiss (Doc. 7) under Fed. R. Civ. P. 12(b)(6) and their construed motion to strike under Fed. R. Civ. P. 12(f), after review of the submissions of the parties and consistent with the Memorandum filed this date, it is hereby ORDERED that the motions are DENIED.

**s/ Joseph F. Saporito, Jr.**
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: October 2, 2017