IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN. J. CARSTEN, | : | |
| | : | |
| Plaintiff, | : | No. 3:17-cv-00733 |
| | : | |
| v. | : | (Saporito, M.J.) |
| | : | |
| CINDY A. BOYLAN and ANDREW F. BOYLAN, her husband, et al., | : | |
| | : | |
| Defendants | : | |
| v. | : | |
| | : | |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. and BRANDON BOYINGTON, | : | |
| | : | |
| Additional Defendants. | : | |

## ORDER

AND NOW, this 6th day of April, 2018, upon consideration of the motions to dismiss filed by Brandon Boyington and Waste Management of Pennsylvania, Inc. (Doc. 35; Doc. 36), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The motions (Doc. 35; Doc. 36) are DENIED.

2. Boyington and Waste Management shall file answers to the

joinder complaint (Doc. 20) and the third party complaint (Doc. 21) within fourteen (14) days from the date of this Order.

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: April 6, 2018