# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN. J. CARSTEN, | : | |
| Plaintiff, | : | No. 3:17-cv-00733 |
| v. | : | (Saporito, M.J.) |
| CINDY A. BOYLAN and ANDREW F. BOYLAN, her husband, et al., | : | |
| Defendants | : | |
| v. | : | |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. and BRANDON BOYINGTON, | : | |
| Additional Defendants. | : | |



## ORDER

AND NOW, this 4th day of June, 2018, upon consideration of the motion for reconsideration (Doc. 45) filed by additional defendants Waste Management of Pennsylvania, Inc. and Brandon Boyington, IT IS HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that the additional defendants shall file answers to the joinder complaint (Doc. 20) and the third party

complaint (Doc. 21) within fourteen (14) days from the date of this Order.

/s/ Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: June 4, 2018